**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Michelle Lynae Wounded Face, | ) | Case No. 4:15-mj-008 |
| | ) | |
| Defendant. | ) | |

Defendant is being held at the Heart of America Correctional and Treatment Center (HACTC) in Rugby, North Dakota, pending further proceedings.

On January 22, 2015, the court was advised by the United States Marshal that there had been an incident at HACTC the previous evening and that defendant had bitten a guard, breaking the skin. As there may have been bodily fluid contact, the HACTC's security director is seeking authorization to obtain a blood sample from defendant for testing.[1]

The court authorizes HACTC to obtain a blood sample from defendant for testing to determine whether any further precautions are necessary due to the possible cross-contamination of bodily fluids. To obtain said sample and to ensure everyone's safety, HACTC may place defendant in a restraint chair.

**IT IS SO ORDERED.**

Dated this 22nd day of January, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court

---

[1]Attached as an exhibit to this order is an email from HACTC's security to the United States Marshal describing incident and requesting authorization for a blood draw.